## WESTERMAN v. STATE.
### No. 20250.

Court of Criminal Appeals of Texas.
March 1, 1939.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving while drunk a motor vehicle on a public road, punishment assessed at a fine of fifty dollars and confinement for five days in the county jail.

The indictment properly charges the offense. No bills of exception or statement of facts are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.